**Bobby Joe KNIGHT, Petitioner–Appellant,**

v.

**Pam AHLIN, Executive Director, Respondent–Appellee.**

**No. 10–56211.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 14, 2013.

Original opinion filed March 13, 2013.

Opinion withdrawn May 21, 2013.

Matthew B. Larsen, Deputy Federal Public Defender, Los Angeles, CA, for Petitioner–Appellant.

---

Patrick D. Moran and Shirley S.N. Sun, Deputy District Attorneys, Los Angeles, CA, for Respondent–Appellee.

Before: ALFRED T. GOODWIN, ANDREW J. KLEINFELD, and BARRY G. SILVERMAN, Circuit Judges.

## ORDER

The parties' joint motion to dismiss the appeal is GRANTED. Because there has ceased to be a case or controversy before this court, we DISMISS the appeal, VACATE the judgment below, and REMAND with directions to dismiss. *See Log Cabin Republicans v. United States*, 658 F.3d 1162, 1167–68 (9th Cir.2011). The petitions for rehearing and requests for rehearing en banc are DENIED as moot.

The Opinion filed March 13, 2013, and appearing at 709 F.3d 1296 (9th Cir.2013), is WITHDRAWN. It may not be cited as precedent by or to this court or any district court of the Ninth Circuit.

**VACATED AND REMANDED WITH DIRECTIONS TO DISMISS.**